# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| THE HUMAN RIGHTS DEFENSE CENTER, | CASE NO. C18-1442JLR |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATED MOTION AND FINDING GOOD CAUSE TO VACATE A PRIOR ORDER AND TO DELAY ISSUING A SCHEDULING ORDER |
| v. | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | |
| Defendants. | |

Before the court is the parties' stipulated motion asking the court to vacate the deadlines set forth in its November 2, 2018, order setting a schedule for the parties' Federal Rule of Civil Procedure 26(f) conference, initial disclosures, and submission of a joint status report. (Stip. Mot. (Dkt # 15); *see also* 11/2/18 Order (Dkt. # 14).) Based on the parties' submission, the court (1) GRANTS their motion (Dkt. # 15); (2) FINDS good cause to vacate its November 2, 2018, order (Dkt. # 14) and to delay the issuance of a scheduling order in this matter, *see* Fed. R. Civ. P. 16(b)(2) (permitting the court to delay

1 | issuing a scheduling order upon a finding of good cause); Local Rules W.D. Wash. LCR
2 | 16(a) (permitting a delay in the submission of a joint status report upon a finding of good
3 | cause); and (3) RELEASES the parties from their initial disclosure requirements under
4 | Rule 26(a)(1) and their discovery plan obligations under Rule 26(f), *see* Fed. R. Civ. P.
5 | 26(a)(1), (f). The court also ORDERS the parties to submit a joint status report as
6 | described in their stipulated motion (Dkt. # 15) no later than January 14, 2019.

Dated this 29th day of November, 2018.

JAMES L. ROBART
United States District Judge