Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE HUMAN RIGHTS DEFENSE CENTER and MICHELLE DILLON,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ADMINISTRATION FOR CHILDREN AND FAMILIES, and OFFICE OF REFUGEE RESETTLEMENT,<br><br>Defendants. | No. 2:18-cv-01442-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE JOINT STATUS REPORT |

THIS MATTER comes before the Court on the Unopposed Motion for Extension of Deadline to File Joint Status Report filed by Plaintiffs the Human Rights Defense Center and Michelle Dillon (collectively, "Plaintiffs").

Having considered Plaintiffs' motion, the Court ORDERS that the deadline to file a joint status report set in the Court's prior Order (Dkt. No. 16) is STAYED. Plaintiffs and Defendants U.S. Department of Health and Human Services, Administration for Children and Families and Office of Refugee Resettlement (collectively "Defendants") are

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE JSR
No. 2:18-cv-01442-JLR – Page 1

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

1  DIRECTED to file a joint status report within two weeks after Defendants' counsel's

2  furlough ends.

3      IT IS SO ORDERED

5      DATED: January 10, 2019

                                      Hon. James L. Robart
                                      United States District Judge

10  *Presented by:*

11  **ARETE LAW GROUP PLLC**

12  By: */s/ Jeremy E. Roller*
Jeremy E. Roller, WSBA No. 32021
13  1218 Third Avenue, Suite 2100
Seattle, WA 98101
14  Telephone (206) 428-3250
Fax (206) 428-3251
15  jroller@aretelaw.com

17  **HUMAN RIGHTS DEFENSE CENTER**

18  By: */s/ Deborah M. Golden*
Deborah M. Golden (*pro hac vice*)
19  Human Rights Defense Center
316 F Street, NE #107
20  Washington, DC 20002
Telephone (202) 543-8100
21  dgolden@humanrightsdefensecenter.org

22  *Attorneys for Plaintiffs The Human
Rights Defense Center and Michelle Dillon*