The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE HUMAN RIGHTS DEFENSE CENTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | CASE NO. C18-01442-JLR<br><br>**JOINT STATUS REPORT** *& ORDER* |

Plaintiffs THE HUMAN RIGHTS DEFENSE CENTER and MICHELLE DILLON and Defendants U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ADMINISTRATION FOR CHILDREN AND FAMILIES, and OFFICE OF REFUGEE RESETTLEMENT hereby provide the Court with a Joint Status Report pursuant to the Court's February 6, 2019 Order (Dkt. No. 21).

Plaintiffs filed this Freedom of Information Act ("FOIA") action seeking certain documents from Defendants that Plaintiffs had requested pursuant to FOIA in August 2018. Plaintiffs allege that Defendants violated FOIA by not producing the requested documents. As set forth in the parties' November 29, 2018 stipulated motion, the parties intend to work cooperatively to attempt to resolve the litigation without motion practice. Since the last filing, the parties have clarified the searches allowing Defendants to

continue searching for records. Unanticipated information technology issues have arisen, and the parties are working cooperatively to understand and resolve those issues.

Because of the potential volume of records generated from the searches, the parties have discussed utilizing a production schedule. However, until the technology issues are resolved, the institution of an overall production schedule is unlikely. As this is an ongoing process, and to allow the parties to resolve the technology issues, the parties respectfully request that the Court allow the parties to update the Court within the next thirty (30) days.

The parties propose a joint status report to be filed on or before May 6, 2019.

DATED this 5th day of April, 2019.

Respectfully Submitted,

ARETE LAW GROUP PLLC

*s/ Jeremy E. Roller*
JEREMY E. ROLLER, WSBA #32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250
Email: jroller@aretelaw.com

HUMAN RIGHTS DEFENSE CENTER

*s/ Deborah M. Golden*
DEBORAH M. GOLDEN (*pro hac vice*)
316 F Street, NE #107
Washington, D.C. 20002
Phone: (202) 543-8100
Email: dgolden@humanrightsdefensecenter.org

*Attorneys for Plaintiffs*

BRIAN T. MORAN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax: (206) 553-4073
Email:  michelle.lambert@usdoj.gov

*Attorneys for Defendant*

## [~~PROPOSED~~] ORDER

It is hereby ORDERED that:

The parties shall submit a joint status report to the Court on or before May 6, 2019.

Dated this 11th day of April, 2019.

_____
Honorable James L. Robart
United States District Court Judge