The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE HUMAN RIGHTS DEFENSE CENTER, et al.,<br>Plaintiffs,<br>v.<br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br>Defendants. | CASE NO. C18-01442-JLR<br>**JOINT STATUS REPORT** |

Plaintiffs THE HUMAN RIGHTS DEFENSE CENTER and MICHELLE DILLON and Defendants U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ADMINISTRATION FOR CHILDREN AND FAMILIES, and OFFICE OF REFUGEE RESETTLEMENT hereby provide the Court with a Joint Status Report pursuant to the Court's April 11, 2019 Order (Dkt. No. 23).

As the Court is aware, Plaintiffs filed this Freedom of Information Act ("FOIA") action seeking certain documents from Defendants that Plaintiffs had requested pursuant to FOIA in August 2018. Since the last filing, the parties have worked on remedying technological issues that severely affect production of documents. Last week, Plaintiffs inquired as to whether the information technology issues could be addressed by seeking the requested documents from sources other than encrypted emails, which apparently

require email-by-email decryption. Defendants' counsel is in the process of determining whether this is a workable solution from Defendants' FOIA officers, but does not yet have a definitive answer. Counsel anticipate additional information to be exchanged in an attempt to simplify the process.

The parties propose a joint status report to be filed on or before June 3, 2019.

DATED this 6th day of May, 2019.

Respectfully Submitted,

ARETE LAW GROUP PLLC

*s/ Jeremy E. Roller*
JEREMY E. ROLLER, WSBA #32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250
Email: jroller@aretelaw.com

HUMAN RIGHTS DEFENSE CENTER

*s/ Deborah M. Golden*
DEBORAH M. GOLDEN (*pro hac vice*)
316 F Street, NE #107
Washington, D.C. 20002
Phone: (202) 543-8100
Email: dgolden@humanrightsdefensecenter.org

*Attorneys for Plaintiffs*

BRIAN T. MORAN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101

Phone: (206) 553-7970
Fax: (206) 553-4073
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendant*

# [PROPOSED] ORDER

It is hereby ORDERED that:

The parties shall submit a joint status report to the Court on or before June 3, 2019.

Dated this 13th day of May, 2019.

_____
Honorable James L. Robart
United States District Court Judge