Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE HUMAN RIGHTS DEFENSE CENTER and MICHELLE DILLON,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ADMINISTRATION FOR CHILDREN AND FAMILIES, and OFFICE OF REFUGEE RESETTLEMENT,<br><br>Defendants. | No. 2:18-cv-01442-JLR<br><br>**JOINT STATUS REPORT** |

Plaintiffs THE HUMAN RIGHTS DEFENSE CENTER and MICHELLE DILLON and Defendants U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ADMINISTRATION FOR CHILDREN AND FAMILIES and OFFICE OF REFUGEE RESETTLEMENT hereby provide the Court with a Joint Status Report pursuant to the Court's June 19, 2019 Order (Dkt. No. 29).

Since the last Joint Status Report, filed on June 17, 2019, the Defendants have represented that they identified roughly 4,000 Serious Incident Reports that are responsive to Plaintiffs' request and are able to process only 50 per month. Defendants have made a proposal to speed the process, and Plaintiffs are currently evaluating that proposal.

JOINT STATUS REPORT
No. 2:18-cv-01442-JLR – Page 1

Arête
LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

Once these issues are addressed, the parties will begin to negotiate a plan for release of the requested litigation-related documents.

The parties propose a joint status report to be filed on or before July 22, 2019.

Dated: July 8, 2019

Respectfully submitted,

**ARETE LAW GROUP PLLC**

By: /s/ Jeremy E. Roller
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Telephone (206) 428-3250
Fax (206) 428-3251
jroller@aretelaw.com

**HUMAN RIGHTS DEFENSE CENTER**

By: /s/ Deborah M. Golden
Deborah M. Golden (*pro hac vice*)
Human Rights Defense Center
316 F Street, NE #107
Washington, DC 20002
Telephone (202) 543-8100
dgolden@humanrightsdefensecenter.org

*Attorneys for Plaintiffs The Human Rights Defense Center and Michelle Dillon*

**BRIAN T. MORAN**
United States Attorney

By: /s/ Michelle R. Lambert
Michelle R. Lambert, NYS # 4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone (206) 553-7970
Fax (206) 553-4073
michelle.lambert@usdoj.gov

*Attorneys for Defendants*

JOINT STATUS REPORT
No. 2:18-cv-01442-JLR – Page 2

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

[~~PROPOSED~~] **ORDER**

It is hereby ORDERED that:

The parties shall submit a joint status report to the Court on or before July 22, 2019.

Dated this 9th day of July, 2019

_____
Honorable James L. Robart
United States District Court Judge

JOINT STATUS REPORT
No. 2:18-cv-01442-JLR – Page 3

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax: (206) 553-4073
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*

DATED: July 8, 2019, at Seattle, Washington.

*s/ Annabel Barnes*
Annabel Barnes, Legal Assistant

JOINT STATUS REPORT
No. 2:18-cv-01442-JLR – Page 4

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250