Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE HUMAN RIGHTS DEFENSE CENTER and MICHELLE DILLON,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ADMINISTRATION FOR CHILDREN AND FAMILIES, and OFFICE OF REFUGEE RESETTLEMENT,<br><br>Defendants. | No. 2:18-cv-01442-JLR<br><br>**JOINT STATUS REPORT** |

Plaintiffs THE HUMAN RIGHTS DEFENSE CENTER and MICHELLE DILLON and Defendants U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ADMINISTRATION FOR CHILDREN AND FAMILIES and OFFICE OF REFUGEE RESETTLEMENT hereby provide the Court with a Joint Status Report pursuant to the Court's July 10, 2019 Order (Dkt. No. 31).

Since the last Joint Status Report, filed on July 8, 2019, the Defendants have proposed that instead of producing individual Serious Incident Reports, they produce parts of spreadsheet summaries of those reports. After Defendants' first production of summary spreadsheets, the parties will confer regarding whether the underlying documents may still

JOINT STATUS REPORT
No. 2:18-cv-01442-JLR – Page 1

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

have to be produced. Defendants are preparing a production schedule for these spreadsheets. Defendants are further determining if there exists an even more targeted summary of the documents originally requested.

Once these issues are addressed, the parties will begin to negotiate a plan for release of the requested litigation-related documents.

The parties propose a joint status report to be filed on or before August 12, 2019.

Dated: July 22, 2019

Respectfully submitted,

**ARETE LAW GROUP PLLC**

By: */s/ Jeremy E. Roller*
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Telephone (206) 428-3250
Fax (206) 428-3251
jroller@aretelaw.com

**HUMAN RIGHTS DEFENSE CENTER**

By: */s/ Deborah M. Golden*
Deborah M. Golden (*pro hac vice*)
Human Rights Defense Center
316 F Street, NE #107
Washington, DC 20002
Telephone (202) 543-8100
dgolden@humanrightsdefensecenter.org

*Attorneys for Plaintiffs The Human Rights Defense Center and Michelle Dillon*

**BRIAN T. MORAN**
United States Attorney

By: */s/ Michelle R. Lambert*
Michelle R. Lambert, NYS # 4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone (206) 553-7970

JOINT STATUS REPORT
No. 2:18-cv-01442-JLR – Page 2

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

Fax (206) 553-4073
michelle.lambert@usdoj.gov

*Attorneys for Defendants*

JOINT STATUS REPORT
No. 2:18-cv-01442-JLR – Page 3

**Arête** LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

[PROPOSED] **ORDER**

It is hereby ORDERED that:

The parties shall submit a joint status report to the Court on or before August 12, 2019.

Dated this 25th day of July, 2019

_____
Honorable James L. Robart
United States District Court Judge

JOINT STATUS REPORT
No. 2:18-cv-01442-JLR – Page 4

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax: (206) 553-4073
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*

DATED: July 22, 2019, at Seattle, Washington.

*s/ Jeremy Roller*
Jeremy Roller

JOINT STATUS REPORT
No. 2:18-cv-01442-JLR – Page 5

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250