The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE HUMAN RIGHTS DEFENSE CENTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | CASE NO. C18-01442-JLR<br><br>**JOINT STATUS REPORT** & ORDER<br><br>**Noted for consideration:**<br>**August 12, 2019** |

Plaintiffs THE HUMAN RIGHTS DEFENSE CENTER and MICHELLE DILLON and Defendants U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ADMINISTRATION FOR CHILDREN AND FAMILIES, and OFFICE OF REFUGEE RESETTLEMENT hereby provide the Court with a Joint Status Report pursuant to the Court's July 25, 2019 Order (Dkt. No. 33).

Since the last Joint Status Report, filed on July 22, 2019, Defendants have determined that the most targeted summary of the documents originally requested are the spreadsheet summaries of the individual Serious Incident Reports proposed to Plaintiffs. Defendants intend the first production of summary spreadsheets to be produced on August 30, 2019. Prior to that production, Defendants will be able to provide Plaintiffs with a production schedule, including the estimated amount of productions required.

JOINT STATUS REPORT
18-cv-01442-JLR - 1

1 Afterwards, the parties will confer regarding whether the underlying documents may still have to be produced.

Once these issues are addressed, the parties will negotiate a plan for release of the requested litigation-related documents.

The parties propose a joint status report to be filed on or before September 11, 2019.

DATED this 12th day of August, 2019.

Respectfully Submitted,

ARETE LAW GROUP PLLC

*s/ Jeremy E. Roller*
JEREMY E. ROLLER, WSBA #32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250
Email: jroller@aretelaw.com

HUMAN RIGHTS DEFENSE CENTER

*s/ Deborah M. Golden*
DEBORAH M. GOLDEN (*pro hac vice*)
316 F Street, NE #107
Washington, D.C. 20002
Phone: (202) 543-8100
Email: dgolden@humanrightsdefensecenter.org

*Attorneys for Plaintiffs*

BRIAN T. MORAN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101

```
 1
 2          Phone: (206) 553-7970
            Fax: (206) 553-4073
 3          Email:  michelle.lambert@usdoj.gov
 4          *Attorneys for Defendant*
 5
 6
...
28
```

Phone: (206) 553-7970
Fax: (206) 553-4073
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendant*

JOINT STATUS REPORT
18-cv-01442-JLR - 3

[PROPOSED] ORDER

It is hereby ORDERED that:

The parties shall submit a joint status report to the Court on or before September 11, 2019.

Dated this 15th day of August, 2019.

_____
Honorable James L. Robart
United States District Court Judge