Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE HUMAN RIGHTS DEFENSE CENTER and MICHELLE DILLON,<br><br>            Plaintiffs,<br><br>     v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ADMINISTRATION FOR CHILDREN AND FAMILIES, and OFFICE OF REFUGEE RESETTLEMENT,<br><br>            Defendants. | No. 2:18-cv-01442-JLR<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

Pursuant to LCR 83.2(b)(3), please take notice that Deborah M. Golden withdraws her appearance as counsel for Plaintiffs the Human Rights Defense Center and Michelle Dillon. The Human Rights Defense Center and Michelle Dillon will continue to be represented by Jeremy E. Roller of Arete Law Group PLLC.

NOTICE OF WITHDRAWAL
OF COUNSEL
No. 2:18-cv-01442-JLR – Page 1

Arête Law Group
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

DATED: August 29, 2019

Respectfully submitted,

**ARETE LAW GROUP PLLC**

By: */s/ Jeremy E. Roller*
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Telephone (206) 428-3250
Fax (206) 428-3251
jroller@aretelaw.com

**HUMAN RIGHTS DEFENSE CENTER**

By: */s/ Deborah M. Golden*
Deborah M. Golden (*pro hac vice*)
Human Rights Defense Center
316 F Street, NE #107
Washington, DC 20002
Telephone (202) 543-8100
dgolden@humanrightsdefensecenter.org

*Attorneys for Plaintiffs the Human Rights Defense Center and Michelle Dillon*

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101
Phone: (206) 553-7970
Fax: (206) 553-4073
Email:  michelle.lambert@usdoj.gov

*Attorneys for Defendants*

DATED:  August 29, 2019, at Seattle, Washington.

*s/ Annabel Barnes*
Annabel Barnes, Legal Assistant

NOTICE OF WITHDRAWAL
OF COUNSEL
No. 2:18-cv-01442-JLR – Page 3

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250