Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE HUMAN RIGHTS DEFENSE CENTER and MICHELLE DILLON, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ADMINISTRATION FOR CHILDREN AND FAMILIES, and OFFICE OF REFUGEE RESETTLEMENT, <br><br> Defendants. | No. 2:18-cv-01442-JLR <br><br> **JOINT STATUS REPORT AND** ~~[PROPOSED]~~ **ORDER** <br><br> Noted on Motion Calendar <br> **September 10, 2019** |

Plaintiffs THE HUMAN RIGHTS DEFENSE CENTER ("HRDC") and MICHELLE DILLON and Defendants U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ADMINISTRATION FOR CHILDREN AND FAMILIES and OFFICE OF REFUGEE RESETTLEMENT hereby provide the Court with a Joint Status Report pursuant to the Court's August 15, 2019 Order (Dkt. No. 35).

Since the last Joint Status Report, filed on August 12, 2019, the Defendants have produced parts of spreadsheet summaries of responsive Serious Incident Reports. Defendants have also represented that they believe all spreadsheet summaries of responsive Serious Incident Reports will be produced soon.

JOINT STATUS REPORT
AND [PROPOSED] ORDER
No. 2:18-cv-01442-JLR – Page 1



Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

Since the last Joint Status Report was filed, in house counsel for HRDC left HRDC. HRDC's staff attorney, Masimba Mutamba, intends to appear in this matter *pro hac vice*. However, Mr. Mutamba's efforts to completely familiarize himself with the issues in this litigation were delayed due to Hurricane Dorian's anticipated impact on the State of Florida, where Mr. Mutamba resides and works.

Once Defendants have produced additional spreadsheet summaries of responsive Serious Incident Reports and Mr. Mutamba has familiarized himself with the issues in this litigation, the parties intend to confer regarding whether the underlying documents may still have to be produced.

The parties propose a joint status report to be filed on or before October 9, 2019.

Dated: September 10, 2019

Respectfully submitted,

**ARETE LAW GROUP PLLC**

By: */s/ Jeremy E. Roller*
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Telephone (206) 428-3250
Fax (206) 428-3251
jroller@aretelaw.com

*Attorneys for Plaintiffs The Human Rights Defense Center and Michelle Dillon*

**BRIAN T. MORAN**
United States Attorney

By: */s/ Michelle R. Lambert*
Michelle R. Lambert, NYS # 4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone (206) 553-7970
Fax (206) 553-4073
michelle.lambert@usdoj.gov

*Attorneys for Defendants*

[~~PROPOSED~~] **ORDER**

It is hereby ORDERED that:

The parties shall submit a joint status report to the Court on or before October 9, 2019.

Dated this 12 day of September, 2019

Honorable James L. Robart
United States District Court Judge

JOINT STATUS REPORT
AND [PROPOSED] ORDER
No. 2:18-cv-01442-JLR – Page 3

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax: (206) 553-4073
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*

DATED: September 10, 2019, at Seattle, Washington.

*s/ Annabel Barnes*
Annabel Barnes, Legal Assistant

JOINT STATUS REPORT
AND [PROPOSED] ORDER
No. 2:18-cv-01442-JLR – Page 4

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250