Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE HUMAN RIGHTS DEFENSE CENTER and MICHELLE DILLON,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ADMINISTRATION FOR CHILDREN AND FAMILIES, and OFFICE OF REFUGEE RESETTLEMENT,<br><br>Defendants. | No. 2:18-cv-01442-JLR<br><br>**JOINT STATUS REPORT AND [PROPOSED] ORDER**<br><br>Noted on Motion Calendar<br>**October 9, 2019** |

Plaintiffs THE HUMAN RIGHTS DEFENSE CENTER ("HRDC") and MICHELLE DILLON (collectively, "Plaintiffs") and Defendants U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ADMINISTRATION FOR CHILDREN AND FAMILIES and OFFICE OF REFUGEE RESETTLEMENT (collectively, "Defendants") hereby provide the Court with a Joint Status Report pursuant to the Court's September 12, 2019 Order (Dkt. No. 38).

Since the last Joint Status Report, filed on September 10, 2019, the Defendants have produced what they represent to be all spreadsheet summaries of responsive Serious Incident Reports. Defendants have also indicated that they anticipate making an interim

JOINT STATUS REPORT
AND [PROPOSED] ORDER
No. 2:18-cv-01442-JLR – Page 1

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

production of claim and complaint records responsive to Plaintiffs' Freedom of Information Act requests before the end of October and that they anticipate all such responsive records will be produced within 90 days.

Plaintiffs currently are evaluating the spreadsheet summaries of Serious Incident Reports. Plaintiffs are also awaiting both the interim and final production of claim and complaint records.

In light of Defendants' representation that all Serious Incident Report spreadsheet summaries have been produced and that responsive claim and complaint documents will be produced within 90 days, and in light of the Plaintiffs' ongoing evaluation of the documents produced to date and anticipated evaluation of the documents to be produced, the parties propose that a joint status report be filed approximately 90 days from today, on or before January 9, 2020.

Dated: October 9, 2019

Respectfully submitted,

**ARETE LAW GROUP PLLC**

By: /s/ Jeremy E. Roller
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Telephone (206) 428-3250
Fax (206) 428-3251
jroller@aretelaw.com

**HUMAN RIGHTS DEFENSE CENTER**

By: /s/ Masimba M. Mutamba
Masimba M. Mutamba, *pro hac vice*
William A. Trine Law Fellow & Staff Attorney
P.O. Box 1151
Lake Worth, FL 33460
Telephone (561) 360-2523
Fax (866) 735-7136
mmutamba@humanrightsdefensecenter.org

*Attorneys for Plaintiffs The Human Rights Defense Center and Michelle Dillon*

JOINT STATUS REPORT
AND [PROPOSED] ORDER
No. 2:18-cv-01442-JLR – Page 2

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

**BRIAN T. MORAN**
United States Attorney

By: /s/ *Michelle R. Lambert*
Michelle R. Lambert, NYS # 4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone (206) 553-7970
Fax (206) 553-4073
michelle.lambert@usdoj.gov

*Attorneys for Defendants*

JOINT STATUS REPORT
AND [PROPOSED] ORDER
No. 2:18-cv-01442-JLR – Page 3

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

## [PROPOSED] ORDER

It is hereby ORDERED that:

The parties shall submit a joint status report to the Court on or before January 9, 2020.

Dated this 15th day of October, 2019

Honorable James L. Robart
United States District Court Judge

JOINT STATUS REPORT
AND [PROPOSED] ORDER
No. 2:18-cv-01442-JLR – Page 4

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax: (206) 553-4073
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*

DATED: October 9, 2019, at Seattle, Washington.

*s/ Annabel Barnes*
Annabel Barnes, Legal Assistant

JOINT STATUS REPORT
AND [PROPOSED] ORDER
No. 2:18-cv-01442-JLR – Page 5

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250