Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE HUMAN RIGHTS DEFENSE CENTER and MICHELLE DILLON,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ADMINISTRATION FOR CHILDREN AND FAMILIES, and OFFICE OF REFUGEE RESETTLEMENT,<br><br>Defendants. | No. 2:18-cv-01442-JLR<br><br>**JOINT STATUS REPORT AND ~~[PROPOSED]~~ ORDER**<br><br>Noted on Motion Calendar<br>**February 24, 2020** |

Plaintiffs THE HUMAN RIGHTS DEFENSE CENTER ("HRDC") and MICHELLE DILLON (collectively, "Plaintiffs") and Defendants U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ADMINISTRATION FOR CHILDREN AND FAMILIES and OFFICE OF REFUGEE RESETTLEMENT (collectively, "Defendants") hereby provide the Court with a Joint Status Report pursuant to the Court's January 10, 2020 Order (Dkt. No. 44).

Since the last Joint Status Report (Dkt. No. 43), filed on January 9, 2020, Defendants have made what they contend is the final production in response to Plaintiffs'



Arête LAW GROUP | 1218 THIRD AVENUE SUITE 2100 SEATTLE WA 98101 (206) 428-3250

requests. Plaintiffs currently are evaluating the production and anticipate having certain questions for Defendants.

In light of Defendants' representation that all Serious Incident Report spreadsheet summaries have been produced and that all responsive claim and complaint documents have been produced and in light of the Plaintiffs' ongoing evaluation of the documents produced to date, the parties propose that a joint status report be filed approximately one month from today, on or before March 27, 2020.

Dated: February 24, 2020

Respectfully submitted,

**ARETE LAW GROUP PLLC**

By: /s/ Jeremy E. Roller
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Telephone (206) 428-3250
Fax (206) 428-3251
jroller@aretelaw.com

*Attorneys for Plaintiffs The Human Rights Defense Center and Michelle Dillon*

**BRIAN T. MORAN**
United States Attorney

By: /s/ Michelle R. Lambert
Michelle R. Lambert, NYS # 4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone (206) 553-7970
Fax (206) 553-4073
michelle.lambert@usdoj.gov

*Attorneys for Defendants*

~~[PROPOSED]~~ **ORDER** JLR

It is hereby ORDERED that:

The parties shall submit a joint status report to the Court on or before March 27, 2020.

Dated this 24th day of February, 2020

Honorable James L. Robart
United States District Court Judge



Arête LAW GROUP | 1218 THIRD AVENUE SUITE 2100 SEATTLE WA 98101 (206) 428-3250

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax: (206) 553-4073
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*

DATED: February 24, 2020, at Seattle, Washington.

*s/ Annabel Barnes*
Annabel Barnes, Legal Assistant



Arête LAW GROUP | 1218 THIRD AVENUE SUITE 2100 SEATTLE WA 98101 (206) 428-3250