UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE HUMAN RIGHTS DEFENSE CENTER and MICHELLE DILLON,<br><br>              Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ADMINISTRATION FOR CHILDREN AND FAMILIES, and OFFICE OF REFUGEE RESETTLEMENT,<br><br>              Defendants. | No. 2:18-cv-01442-JLR<br><br>**JOINT STATUS REPORT AND ORDER**<br><br>Note on Motion Calendar:<br>**March 27, 2020** |

     Plaintiffs THE HUMAN RIGHTS DEFENSE CENTER ("HRDC") and

MICHELLE DILLON (collectively, "Plaintiffs") and Defendants U.S. DEPARTMENT OF

HEALTH AND HUMAN SERVICES, ADMINISTRATION FOR CHILDREN AND

FAMILIES and OFFICE OF REFUGEE RESETTLEMENT (collectively, "Defendants")

hereby provide the Court with a Joint Status Report pursuant to the Court's February 24,

2020 Order (Dkt. No. 47).

     Since the last Joint Status Report (Dkt. No. 46), filed on February 24, 2020,

Defendants have made what they contend is the final production in response to Plaintiffs'

requests.  As indicated in the February 24, 2020 Joint Status report, Plaintiffs had certain

JOINT STATUS REPORT
AND [PROPOSED] ORDER
No. 2:18-cv-01442-JLR – Page 1

Arête LAW GROUP | 1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

questions for Defendants relating to one category of documents responsive to the FOIA requests at issue in this litigation.  Counsel for Defendants, a representative of the Department of Health and Human Services, outside counsel for HRDC, and the general counsel of HRDC discussed those issues in March of 2020.  Plaintiffs have identified two outstanding issue for Defendants to address, upon which Defendants are actively working. The Parties are hopeful that the Defendants' response to those issues will reveal whether this case will need to be substantively litigated further, or if the only remaining issue is the potential award of fees and costs.

In light of the above information, the Parties propose that a joint status report be filed approximately one month from today, on or before May 1, 2020.

Dated: March 27, 2020

Respectfully submitted,

**ARETE LAW GROUP PLLC**

By: */s/ Jeremy E. Roller*
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Telephone (206) 428-3250
Fax (206) 428-3251
jroller@aretelaw.com

*Attorneys for Plaintiffs The Human Rights Defense Center and Michelle Dillon*

**BRIAN T. MORAN**
United States Attorney

By: */s/ Michelle R. Lambert*
Michelle R. Lambert, NYS # 4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone (206) 553-7970
Fax (206) 553-4073
michelle.lambert@usdoj.gov

*Attorneys for Defendants*

Arête LAW GROUP | 1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

**ORDER**

It is hereby ORDERED that:

The parties shall submit a joint status report to the Court on or before May 1, 2020.

Dated this 27th day of March, 2020

_____
JAMES L. ROBART
United States District Judge

Arête
LAW GROUP

1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax: (206) 553-4073
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*

DATED: March 27, 2020, at Seattle, Washington.

*s/ Annabel Barnes*
Annabel Barnes, Legal Assistant

Arête
LAW GROUP

1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250