Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE HUMAN RIGHTS DEFENSE CENTER and MICHELLE DILLON,<br><br>          Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ADMINISTRATION FOR CHILDREN AND FAMILIES, and OFFICE OF REFUGEE RESETTLEMENT,<br><br>          Defendants. | No. 2:18-cv-01442-JLR<br><br>**JOINT STATUS REPORT AND ORDER**<br><br>Note on Motion Calendar:<br>**May 1, 2020** |

Plaintiffs THE HUMAN RIGHTS DEFENSE CENTER ("HRDC") and MICHELLE DILLON (collectively, "Plaintiffs") and Defendants U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ADMINISTRATION FOR CHILDREN AND FAMILIES and OFFICE OF REFUGEE RESETTLEMENT (collectively, "Defendants") hereby provide the Court with a Joint Status Report pursuant to the Court's March 27, 2020 Order (Dkt. No. 49).

Since the last Joint Status Report (Dkt. No. 48), filed on March 27, 2020, Defendants have investigated the two remaining issues Plaintiffs identified and that were mentioned in the March 27, 2020 Joint Status Report. Defendants have provided an answer

JOINT STATUS REPORT
AND [PROPOSED] ORDER
No. 2:18-cv-01442-JLR – Page 1



to one of those two remaining issues.  As to the second issue, Defendants anticipate producing responsive documents by mid-May 2020.  The Parties are hopeful that the Defendants' production of documents in mid-May 2020 will reveal whether this case will need to be substantively litigated further, or if the only remaining issue is the potential award of fees and costs.

In light of the above information, the Parties propose that a joint status report be filed on or before June 5, 2020.

Dated: May 1, 2020

Respectfully submitted,

**ARETE LAW GROUP PLLC**

By: */s/ Jeremy E. Roller*
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Telephone (206) 428-3250
Fax (206) 428-3251
jroller@aretelaw.com

*Attorneys for Plaintiffs The Human Rights Defense Center and Michelle Dillon*

**BRIAN T. MORAN**
United States Attorney

By: */s/ Michelle R. Lambert*
Michelle R. Lambert, NYS # 4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone (206) 553-7970
Fax (206) 553-4073
michelle.lambert@usdoj.gov

*Attorneys for Defendants*

**ORDER**

It is hereby ORDERED that:

The parties shall submit a joint status report to the Court on or before June 5, 2020.

Dated this 4th day of May, 2020

_____
JAMES L. ROBART
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101
Phone: (206) 553-7970
Fax: (206) 553-4073
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*

DATED:  May 1, 2020, at Davenport, California.

*s/ Annabel Barnes*
Annabel Barnes, Legal Assistant

JOINT STATUS REPORT
AND [PROPOSED] ORDER
No. 2:18-cv-01442-JLR – Page 3

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250