Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE HUMAN RIGHTS DEFENSE CENTER and MICHELLE DILLON,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ADMINISTRATION FOR CHILDREN AND FAMILIES, and OFFICE OF REFUGEE RESETTLEMENT,<br><br>Defendants. | No. 2:18-cv-01442-JLR<br><br>**JOINT STATUS REPORT AND ORDER**<br><br>Note on Motion Calendar:<br>**July 7, 2020** |

Plaintiffs THE HUMAN RIGHTS DEFENSE CENTER ("HRDC") and MICHELLE DILLON (collectively, "Plaintiffs") and Defendants U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ADMINISTRATION FOR CHILDREN AND FAMILIES and OFFICE OF REFUGEE RESETTLEMENT (collectively, "Defendants") hereby provide the Court with a Joint Status Report pursuant to the Court's June 5, 2020 Order (Dkt. No. 53).

As indicated in the last Joint Status Report (Dkt. No. 52), filed on June 5, 2020, Plaintiffs and Defendants have resolved the substance of their dispute regarding Plaintiffs' Freedom of Information Act requests.  The only remaining issue is the potential award of

JOINT STATUS REPORT
AND [PROPOSED] ORDER
No. 2:18-cv-01442-JLR – Page 1



1   fees and costs.  The Parties are attempting to resolve that issue without the need for judicial
2   intervention.  Plaintiffs have submitted a demand for attorneys' fees and costs to
3   Defendants, which Defendants currently are evaluating.  As both the Office of the United
4   States Attorney for the Western District of Washington and the United States Department of
5   Health and Human Services must evaluate and approve any settlement, which is a time-
6   intensive process, the Parties are not yet prepared to file a stipulated dismissal of this
7   matter.  The Parties request that they be given until August 27, 2020, to file a stipulated
8   dismissal of this matter with prejudice if they reach agreement on fees and costs.  Should
9   the Parties not resolve that issue August 27, 2020, the Parties would submit a joint status
10  report on that date.

Dated: July 7, 2020

Respectfully submitted,

**ARETE LAW GROUP PLLC**

By: */s/ Jeremy E. Roller*
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Telephone (206) 428-3250
Fax (206) 428-3251
jroller@aretelaw.com

*Attorneys for Plaintiffs The Human Rights Defense Center and Michelle Dillon*

**BRIAN T. MORAN**
United States Attorney

By: */s/ Michelle R. Lambert*
Michelle R. Lambert, NYS # 4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone (206) 553-7970
Fax (206) 553-4073
michelle.lambert@usdoj.gov

*Attorneys for Defendants*

**ORDER**

It is hereby ORDERED that:

The Parties shall submit either a stipulated dismissal or a joint status report to the Court on or before August 27, 2020.

Dated this 8th day of July, 2020

_____
JAMES L. ROBART
United States District Judge

JOINT STATUS REPORT
AND [PROPOSED] ORDER
No. 2:18-cv-01442-JLR – Page 3

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101
Phone: (206) 553-7970
Fax: (206) 553-4073
Email:  michelle.lambert@usdoj.gov

*Attorneys for Defendants*

DATED:  July 7, 2020, at Seattle, Washington.

*s/ Janet Fischer*
Janet Fischer, Legal Assistant

JOINT STATUS REPORT
AND [PROPOSED] ORDER
No. 2:18-cv-01442-JLR – Page 4

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250