The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE HUMAN RIGHTS DEFENSE CENTER, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>  Defendants. | CASE NO.  C18-01442-JLR<br><br>**JOINT STATUS REPORT AND ORDER**<br><br>Noted for: August 27, 2020 |

Plaintiffs THE HUMAN RIGHTS DEFENSE CENTER ("HRDC") and MICHELLE DILLON (collectively, "Plaintiffs") and Defendants U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ADMINISTRATION FOR CHILDREN AND FAMILIES and OFFICE OF REFUGEE RESETTLEMENT (collectively, "Defendants") hereby provide the Court with a Joint Status Report pursuant to the Court's July 8, 2020 Order (Dkt. No. 55).

Since the last Joint Status Report (Dkt. No. 54), filed on July 7, 2020, Plaintiffs provided Defendants with a settlement demand to resolve their claim for attorneys' fees

JOINT STATUS REPORT AND PROPOSED ORDER
18-cv-01442-JLR - 1

UNITED STATES ATTORNEY
700 S&#8203;TEWART S&#8203;TREET, S&#8203;UITE 5220
S&#8203;EATTLE, W&#8203;ASHINGTON 98101
(206) 553-7970

and costs.  Defendants are in the process of obtaining settlement authority for the purposes of entering into settlement negotiations.  As this case involves two separate entities within the Department of Health and Human Services, this process is time-intensive as it includes various reviewing entities and authorizations.

Plaintiffs' claim for attorneys' fees and costs is the sole remaining claim of this litigation. The Parties plan to attempt to resolve that issue without the need for judicial intervention.  Accordingly, the Parties request that they be given until October 12, 2020, to file a stipulated dismissal of this matter with prejudice if they reach agreement on fees and costs.  Should the Parties not resolve that issue October 12, 2020, the Parties will submit a joint status report on that date.

DATED this 27th day of August, 2020.

>   Respectfully Submitted,
>   BRIAN T. MORAN
>   United States Attorney
>
>   *s/ Michelle R. Lambert*
>   MICHELLE R. LAMBERT, NYS #4666657
>   Assistant United States Attorney
>   United States Attorney's Office
>   700 Stewart Street, Suite 5220
>   Seattle, Washington  98101
>   Phone: (206) 553-7970
>   Fax: (206) 553-4073
>   Email:  michelle.lambert@usdoj.gov
>
>   *Attorneys for Defendant*

JOINT STATUS REPORT AND PROPOSED ORDER
18-cv-01442-JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ARETE LAW GROUP PLLC

*s/ Jeremy E. Roller*
JEREMY E. ROLLER, WSBA #32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250
Email: jroller@aretelaw.com

*Attorneys for Plaintiffs*

JOINT STATUS REPORT AND PROPOSED ORDER
18-cv-01442-JLR - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

It is hereby ORDERED that:

The parties shall file a stipulated dismissal of this matter with prejudice or a joint status report to the Court on or before October 12, 2020.

Dated this 27th day of August, 2020.

_____
JAMES L. ROBART
United States District Judge

JOINT STATUS REPORT AND PROPOSED ORDER
18-cv-01442-JLR - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970