|   |   |
|---|---|
| 1 | Honorable James L. Robart |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE HUMAN RIGHTS DEFENSE CENTER and MICHELLE DILLON, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ADMINISTRATION FOR CHILDREN AND FAMILIES, and OFFICE OF REFUGEE RESETTLEMENT, <br><br> Defendants. | No. 2:18-cv-01442-JLR <br><br> **STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL** <br><br> Note on Motion Calendar: **January 26, 2021** |

Plaintiffs THE HUMAN RIGHTS DEFENSE CENTER ("HRDC") and MICHELLE DILLON (collectively, "Plaintiffs") and Defendants U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ADMINISTRATION FOR CHILDREN AND FAMILIES and OFFICE OF REFUGEE RESETTLEMENT (collectively, "Defendants") (Plaintiffs and Defendants collectively, "the Parties") have resolved this case in its entirety. Therefore, the Parties stipulate, agree, and hereby request that this action be dismissed with prejudice under Fed. R. Civ. P. 41(a).

| | | |
|---|---|---|
| 1 | Dated: January 26, 2021 | Respectfully submitted, |
| 2 | | **ARETE LAW GROUP PLLC** |
| 3 | | |
| 4 | | By: /s/ Jeremy E. Roller<br>Jeremy E. Roller, WSBA No. 32021 |
| 5 | | 1218 Third Avenue, Suite 2100<br>Seattle, WA 98101 |
| 6 | | Telephone (206) 428-3250<br>Fax (206) 428-3251 |
| 7 | | jroller@aretelaw.com |
| 8 | | *Attorneys for Plaintiffs The Human Rights Defense Center and Michelle Dillon* |
| 9 | | |
| 10 | | **BRIAN T. MORAN**<br>United States Attorney |
| 11 | | |
| 12 | | By: /s/ Michelle R. Lambert<br>Michelle R. Lambert, NYS # 4666657 |
| 13 | | Assistant United States Attorney<br>United States Attorney's Office |
| 14 | | 1201 Pacific Ave, Suite 700<br>Tacoma, WA 98402 |
| 15 | | Telephone (253) 428-3824<br>michelle.lambert@usdoj.gov |
| 16 | | *Attorneys for Defendants* |

STIPULATED MOTION AND
[PROPOSED] ORDER OF DISMISSAL
No. 2:18-cv-01442-JLR – Page 2

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, this matter is DISMISSED WITH PREJUDICE.

DATED this 26th day of January, 2021

_____
Hon. James L. Robart
United States District Judge

STIPULATED MOTION AND
[PROPOSED] ORDER OF DISMISSAL
No. 2:18-cv-01442-JLR – Page 3

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250